DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

STATE OF FLORIDA,

Appellant,

v.

ZHENG DONG,

Appellee.

No. 2D2023-0407

_____

August 21, 2024

Appeal from the Circuit Court for Hillsborough County; Lyann Goudie, Judge.

Ashley Moody, Attorney General, Tallahassee, and Alicia Winterkorn, Assistant Attorney General, Tampa, for Appellant.

Daniel J. Fernandez, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

SILBERMAN, LaROSE, and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.